UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH OLIVO, )<br>  Plaintiff )<br>)<br>VS. )<br>)<br>BALANCED HEALTHCARE RECEIVABLES )<br>LLC )<br>  Defendant ) | CIVIL ACTION:<br>NO.: 3:15-CV-00657 (VLB)<br><br><br><br><br><br>SEPTEMBER 1, 2015 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Elizabeth Olivo, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated:    Hartford, Connecticut
           September 1, 2015

                          THE PLAINTIFF
                          ELIZABETH OLIVO

                          BY:          /s/
                                 Roderick D. Woods, Esq.
                                 The Woods Law Firm, LLC
                                 100 Pearl Street
                                 14th Floor
                                 Hartford, Connecticut 06103
                                 Federal Bar #ct29447
                                 Attorney for the Plaintiff:
                                 ELIZABETH OLIVO

### **CERTIFICATION**

**I hereby certify that on September 1, 2015 a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

                                                          _____/s/_____
                                                       **Roderick D. Woods, Esq.**
                                                       **The Woods Law Firm, LLC**
                                                       **100 Pearl Street**
                                                       **14th Floor**
                                                       **Hartford, Connecticut 06103**
                                                       **Federal Bar #ct29447**
                                                       **Attorney for the Plaintiff:**
                                                       **Elizabeth Olivo**